NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SIERRA WIRELESS, ULC, HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH, f/d/b/a Thales DIS AIS Deutschland GmbH,**
*Appellants*

**v.**

**SISVEL S.P.A.,**
*Cross-Appellant*

---

2023-1059, 2023-1085, 2023-1089, 2023-1125

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00580.

-------------------------------------------------

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC.,**
*Appellants*

**v.**

**SISVEL S.P.A.,**
*Appellee*

————————————

2023-1086

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00580.

————————————

**ON MOTION**

————————————

**O R D E R**

TCL Communication Technology Holdings Limited, TCT Mobile International Limited, TCT Mobile, Inc., TCT Mobile (US) Inc. and TCT Mobile (US) Holdings, Inc. (collectively, "TCL/TCT") move unopposed to withdraw from participation in these consolidated appeals, and TCL/TCT and Sisvel S.p.A. file a joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b) in Appeal No. 2023-1086 wherein they agree that each party shall bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  TCL/TCT's motion is granted to the extent that Appeal No. 2023-1086 is deconsolidated, and the revised official caption is reflected in this order to indicate TCL/TCT's nonparticipation in Appeal Nos. 2023-1059 et al.

(2) Appeal No. 2023-1086 is dismissed.  *See* Fed. R. App. P. 42(b)(1).  Each party shall bear its own costs regarding Appeal No. 2023-1086.

(3)  The Clerk of Court shall forward a copy of this order to the merits panel assigned to Appeal Nos. 2023-1059 et al.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 31, 2024
        Date

ISSUED AS A MANDATE (for 2023-1086 only): July 31, 2024